## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| MICHELLE TILLERY, P/N/G OF JASMINE TILLERY AND NICOLE TILLERY | : | No. 544 EAL 2016 |
| | : | |
| | : | Petition for Allowance of Appeal from |
| v. | : | the Order of the Superior Court |
| | : | |
| U-HAUL CO. OF PENNSYLVANIA, JOVAN MARTIN AND MIGUEL RIVERA, ERI VENDING CART, INC. AND ERJON MENI | : | |
| | : | |
| PETITION OF: MIGUEL RIVERA AND JOVAN MARTIN | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 18th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.